## ALBRITTON v. N.C. DEPT. OF TRANSPORTATION

No. 473P91

Case below: 104 N.C.App. 138

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.

## ANDERS v. HYUNDAI MOTOR AMERICA CORP.

No. 455P91

Case below: 104 N.C.App. 61

Petition by defendant (Hyundai Motor America Corp.) for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.

## BRANCH BANKING & TRUST CO. v. BIGGERSTAFF

No. 463P91

Case below: 104 N.C.App. 138

Petition by defendant (Girodano) for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.

## CROWELL v. McCASKILL

No. 469P91

Case below: 104 N.C.App. 138

Petition by defendant (Dorothy G. McCaskill) for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.

## EVERS v. PENDER COUNTY BD. OF EDUCATION

No. 453A91

Case below: 104 N.C.App. 1

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 5 December 1991.